# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00304-CR

**Clara Elizabeth Johnson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT OF IRION COUNTY
### NO. CR00-2882, HONORABLE SID J. MABRY, JUDGE PRESIDING

On appeal de novo from justice of the peace court, a jury found appellant Clara Elizabeth Johnson guilty of speeding and assessed a $75 fine. Appellant, a licensed attorney, seeks to appeal the county court's judgment. By statute, this Court is without jurisdiction unless the sole issue on appeal is the constitutionality of the statute or ordinance on which the conviction is based. Tex. Code Crim. Proc. Ann. art. 4.03 (West Supp. 2002).

In her brief, appellant does not challenge the constitutionality of the speeding statute on which her conviction is based. Instead, she seeks to raise issues concerning the construction and constitutionality of article 4.03, the jurisdiction of the county court, and the sufficiency of the evidence. These issues do not invoke this Court's jurisdiction.

The appeal is dismissed for want of jurisdiction.

_____

Lee Yeakel, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed:   February 7, 2002

Do Not Publish